UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RAYMOND MOLIERE**                                    **CIVIL ACTION**

**VERSUS**                                                       **NO. 10-0062**

**BURL CAIN, WARDEN**                            **SECTION "N" (6)**

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on December 22, 2010, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Raymond Moliere for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 4th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE